

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 18-00045-CJC-2 |
| SAMANTHA LYNNE CRONIN  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 17__, __2018__, at __3:00__ ☐a.m. / ☒p.m. before the Honorable __John D. Early__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 4-17-18

U.S. ~~District Judge~~/Magistrate Judge
JOHN D. EARLY